JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    E-Mail: nat.cousins@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

3  08  70492

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR |
|     Plaintiff, ) | |
| v. ) | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) and (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| TOMMY THANH PHAM ) | |
|     Defendant. ) | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about July 30, 2008, defendant TOMMY THANH PHAM was arrested based upon an arrest warrant (copy attached as Ex. 1) issued upon a violation of a pretrial release order pending in the District of Minnesota, case number CR 06-0443 ADM, assigned to United States District Court Judge Ann D. Montgomery. In that case, the defendant is charged with four counts of conspiracy and possession with intent to distribute controlled substances (copy of Indictment attached as Ex. 2). On June 22, 2007, the defendant pleaded guilty to Count Two of the Indictment (possession with intent to distribute ecstasy) before absconding.

NOTICE OF PROCEEDINGS

1   The penalties for violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) are a maximum
2   imprisonment of 20 years; a fine not to exceed $1 million; and a term of supervised release of at
3   least 3 years. If the defendant has a prior felony drug offense, the maximum imprisonment is 30
4   years; a fine not to exceed $2,000,000; and a term of supervised release of at least 6 years.

6   DATED: July 30, 2008                    Respectfully submitted,

7                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney

9                                           NATHANAEL M. COUSINS
10                                          Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury, that on July 30, 2008, in the Northern District of California, I served a copy of the foregoing NOTICE OF PROCEEDINGS, on the Duty Federal Public Defender, 450 Golden Gate Avenue, San Francisco, by personal delivery.

Date: July 30, 2008

                    /s/ Nathanael M. Cousins

NOTICE OF PROCEEDINGS
2

# EXHIBIT 1

AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

v.

Tommy Thanh Pham (2)

### WARRANT FOR ARREST

0741 - 0726 - 1179 - B

CASE NUMBER: **CR 06-443 ADM/RLE**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest:   Tommy Thanh Pham

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:
    Violation of Pretrial Release

Ordered by:   Ann D. Montgomery, United States District Court Judge.

*[signature]*   July 26, 2007 at Minneapolis, MN
(By)   Stacey E. Kulevich, Deputy Clerk

*[Stamp: RECEIVED US MARSHALS SERVICE MPLS MN 2007 JUL 27 P 4:]*

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

Date Received: _____      Date of Arrest: _____

Name and Title of Arresting Officer      Signature of Arresting Officer

criminalwarrant.frm                                      DC Modified 5/17/07

07/30/2008  08:40  6126645911                USMS WARRANTS DMN                    PAGE  03/03

## UNITED STATES DISTRICT COURT
### FOR
### DISTRICT OF MINNESOTA

**FILED UNDER SEAL**

U.S.A. vs.:  Tommy Thanh Pham          Docket No.:  06-CR-443 (02) ADM

### Petition for Action on Conditions of Pretrial Release

**COMES NOW** Penny G. Wickenheiser Pretrial Services Officer, presenting an official report upon the conduct of defendant Tommy Thanh Pham and who was continued on pretrial release supervision by the Honorable Ann D. Montgomery sitting in the Court at Minneapolis, Minnesota on the 22nd day of June, 2007, under the following special conditions, in part:

**Defendant shall report to Pretrial Services as directed.**

**RESPECTFULLY PRESENTS PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since defendant's change of plea hearing before Your Honor on June 22, 2007, defendant has not reported to Pretrial Services as directed. In fact, this officer has not heard from defendant since June 19, 2007.

Additionally, U.S. Probation Officer Elizabeth Peters notified this officer that defendant has failed to participate in his court ordered pre-sentence investigation interview.

Based upon this information, this officer believes the defendant has absconded from supervision and his present whereabouts are unknown.

The above conduct violates the defendant's conditions of release pursuant to 18 U.S.C. 3142.

**PRAYING THE COURT WILL ORDER** that a warrant be issued for defendant's arrest and a hearing be held to show cause why his pretrial release should not be revoked.

### ORDER OF THE COURT

Considered and ordered this 26th day of July, 2007, and ordered filed and made a part of records in the above case.

Honorable Ann D. Montgomery
U.S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Penny G. Wickenheiser
U.S. Pretrial Services Officer

Date:  July 25, 2007

FILED  JUL 2 6 2007
RICHARD D. SLETTEN
JUDGMENT ENTD
DEPUTY CLERK

# EXHIBIT 2

```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
                                                CR06-443 ADM/RLE
UNITED STATES OF AMERICA,    )    INDICTMENT
                             )
            Plaintiff,       )    (18 U.S.C. § 2)
                             )    (21 U.S.C. § 841(a)(1))
       v.                    )    (21 U.S.C. § 841(b)(1)(C))
                             )    (21 U.S.C. § 841(b)(1)(D))
1.  STEPHANIE DUY NGUYEN AND )    (21 U.S.C. § 846)
2.  TOMMY THANH PHAM,        )    (21 U.S.C. § 853(a)(1))
                             )    (21 U.S.C. § 853(a)(2))
            Defendants.      )
```

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Conspiracy to Distribute and Possess with
Intent to Distribute Controlled Substances:
Namely, MDMA or "Ecstasy" and Marijuana)

On or before December 3, 2006, in the State and District of Minnesota and elsewhere, the defendants,

**STEPHANIE DUY NGUYEN AND
TOMMY THANH PHAM,**

knowingly and intentionally conspired with each other and with other persons, whose names are known and unknown to the grand jury, to distribute and possess with intent to distribute approximately 4,863 tablets (1882 grams) of a mixture or substance containing a detectable amount of MDMA, also known as "ecstasy," and a mixture and substance containing a detectable amount of marijuana, controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

SCANNED
DEC 2 0 2006
U.S. DISTRICT COURT MPLS

FILED DEC 2 0 2006
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED _____
DEPUTY CLERK'S INITIALS _____

U.S. v. Stephanie Duy Nguyen et. al.

### COUNT 2
(Possession with Intent to Distribute MDMA or "Ecstasy")

On or about December 3, 2006, in the State and District of Minnesota, the defendants,

**STEPHANIE DUY NGUYEN AND
TOMMY THANH PHAM,**

aiding and abetting and being aided and abetted by each other and others did knowingly and intentionally possess with intent to distribute approximately 4,863 tablets (1,882 grams) of a mixture of MDMA, also known as "ecstasy," a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### COUNT 3
(Possession with Intent to Distribute Marijuana)

On or about December 3, 2006, in the State and District of Minnesota, the defendants,

**STEPHANIE DUY NGUYEN AND
TOMMY THANH PHAM,**

aiding and abetting and being aided and abetted by each other and others did knowingly and intentionally possess with intent to distribute approximately 509 grams of a mixture or substance containing a detectable amount of marijuana, a controlled substance, in violation of Title 21, United States Code, Sections

U.S. v. Stephanie Duy Nguyen et. al.

841(a)(1) and 841(b)(1)(D) and Title 18, United States Code, Section 2.

## COUNT 4

(Possession with Intent to Distribute Marijuana)

On or about December 3, 2006, in the State and District of Minnesota, the defendant,

**TOMMY THANH PHAM,**

did knowingly and intentionally possess with intent to distribute approximately 1,019 grams of a mixture or substance containing a detectable amount of marijuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## FORFEITURE ALLEGATIONS

Counts 1-4 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2).

As a result of the foregoing offense, the defendants,

**STEPHANIE DUY NGUYEN AND
TOMMY THANH PHAM,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all property constituting or derived from any proceeds the said defendants

3

U.S. v. Stephanie Duy Nguyen et. al.

obtained directly or indirectly as a result of the violations alleged in Counts 1-4 of the Indictment, and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1-4 of this Indictment.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

1. cannot be located upon the exercise of due diligence;

2. has been transferred or sold to, or deposited with, a third person;

3. has been placed beyond the jurisdiction of the Court;

4. has been substantially diminished in value; or

5. has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of all the defendants' right, title and interest in any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 846, 853(a)(1), and 853(a)(2).

A TRUE BILL

UNITED STATES ATTORNEY        FOREPERSON

4