

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 5, 2008

Office of the Clerk
U.S. District Court
District of Minnesota
202 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415

FILED
AUG 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:     US v Tommy Thanh Pham
Case Number:   3-08-70492 MEJ
Charges:       Pretrial Release Violation

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Joseph C. Spero. The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
    ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
    original Rule 5 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *[signature]*
Case Systems Administrator

Enclosures
cc: Financial Office

-----

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

    CR 06- 443 ADM/RLE.
Date:    8/11/08

CLERK, U.S. DISTRICT COURT

By *[signature]*
Deputy Clerk